Frank Kracker, appellee, v. James W. Burke, appellant. Gen. No. 38,077.

Opinion filed December 30, 1935.
Charles E. Selleck and Henry Eckhardt, for appellant. Bernard I. Denny, for appellee; Leo B. Condit, of counsel.
Mr. Presiding Justice Scanlan delivered the opinion of the court.